UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**MARTHA HERNANDEZ and**
**YOLANDA COLE, Individually**
**and on Behalf of All Others**
**Similarly Situated,**

    **Plaintiffs,**

  **v.**　　　　　　　　　　　　　　　　　　　　　　CASE NO. 19-cv-356

**CAMEO INVESTMENTS, LLC d/b/a**
**CENTERFOLDS CABARET, CAMEO**
**INVESTMENTS II, LLC d/b/a**
**CENTERFOLDS CABARET, and**
**CAMEO FAMILY INVESTMENTS, LLC**

    **Defendants.**

---

### APPEARANCE OF MATTHEW J. HOFFER ON BEHALF OF
### CAMEO INVESTMENTS, LLC AND CAMEO INVESTMENTS II, LLC

---

NOW COMES, Matthew J. Hoffer, Esq. of Shafer & Associates, P.C., and hereby enters his appearance on behalf of Cameo Investments, LLC and Cameo Investments II, LLC.

                                                                         Respectfully Submitted,

Dated: June 6, 2019　　　　　　　　　　　　　　　　      s/ Matthew J. Hoffer
                                                                  Matthew J. Hoffer (MI P70495)
                                                                  **SHAFER & ASSOCIATES, P.C.**
                                                                  3800 Capital City Blvd., Suite 2
                                                                  Lansing, Michigan 48906
                                                                  517-886-6560 – Tel.
                                                                   517-886-6565 – Fax
                                                                  Matt@BradShaferLaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2019, I filed the foregoing document with the United States District Court for the Western District of Wisconsin via the Court's CM/ECF system, thereby causing electronic serviced upon all counsel of record by operation of the CM/ECF System.

                                              s/ Matthew J. Hoffer
                                          **SHAFER & ASSOCIATES, P.C.**