UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**MARTHA HERNANDEZ and**
**YOLANDA COLE, Individually**
**and on Behalf of All Others**
**Similarly Situated,**

    **Plaintiffs,**

   v.                                                           **CASE NO. 19-cv-356**

**CAMEO INVESTMENTS, LLC d/b/a**
**CENTERFOLDS CABARET, CAMEO**
**INVESTMENTS II, LLC d/b/a**
**CENTERFOLDS CABARET, and**
**CAMEO FAMILY INVESTMENTS, LLC**

    **Defendants.**

**STIPULATION AND AGREEMENT**
**RE: EXTENSION FOR RESPONSE TO COMPLAINT**

NOW COME, Plaintiffs Martha Hernandez and Yolanda Cole and Defendants Cameo Investments, LLC and Cameo Investments II, LLC, by and through their respective counsels of record and for this stipulation and agreement, states the following.

1. Plaintiffs filed their Complaint [Doc. 1] on May 3, 2019.

2. Both Cameo Investments, LLC, and Cameo Investments II, LLC were served on May 16, 2019 [Docs. 3, 4] making their responses to the complaint due on or before June 6, 2019

**IT IS HEREBY STIPULATED AND AGREED:**

3. Defendants Cameo Investments, LLC, and Cameo Investments II, LLC are extended an additional fourteen (14) days to respond to Plaintiffs' Complaint and those Defendants response shall be timely if filed on or before June 20, 2019.

**IT IS SO STIPULATED AND AGREED.**

                                        For Plaintiffs:

Dated: June 6, 2019                                s/ Larry A. Johnson (w/ perm.)
                                        Larry A. Johnson
                                        Bar Number 1056619
                                        Summer Murshid
                                        Bar Number 1075404
                                        Timothy Maynard
                                        Bar Number 1080953
                                        Hawks Quindel, S.C.
                                        222 East Erie, Suite 210
                                        P.O. Box 442
                                        Milwaukee, WI 53201-0422
                                        Telephone: 414-271-8650
                                        Fax: 414-271-8442
                                        E-mail:ljohnson@hq-law.com
                                              tmaynard@hq-law.com
                                              Smurshid@hq-law.com

                                        Gregg C. Greenberg
                                        Maryland Fed. Bar No. 17291
                                        Zipin, Amster, & Greenberg, LLC
                                        8757 Georgia Avenue, Suite 400
                                        Silver Spring, Maryland 20910
                                        Telephone: 301-587-9373
                                        Fax: 240-839-9142
                                        Email: ggreenberg@zagfirm.com

                                        *Counsel for Plaintiffs*
                                        *Martha Hernandez and*
                                        *Yolanda Cole*


                                        For Defendants:

Dated: June 6, 2019                                s/ Matthew J. Hoffer
                                        Matthew J. Hoffer (MI P70495)
                                        **SHAFER & ASSOCIATES, P.C.**
                                        3800 Capital City Blvd., Suite 2
                                        Lansing, Michigan  48906
                                        517-886-6560 – Tel.

        517-886-6565 – Fax
        Matt@BradShaferLaw.com

        *Counsel for Defendants*
        *Cameo Investments, LLC and*
        *Cameo Investments II, LLC*

## **PROOF OF SERVICE**

  I hereby certify that on this 6th day of June, 2019, I filed the foregoing document with the United States District Court for the Western District of Wisconsin via the Court's CM/ECF system, thereby causing electronic serviced upon all counsel of record by operation of the CM/ECF System.

                   /s/ Matthew J. Hoffer
                   **SHAFER & ASSOCIATES, P.C.**