UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARTHA HERNANDEZ

And

YOLANDA COLE

Individually and on Behalf of
All Others Similarly Situated,

      Plaintiffs,

    v.                                        CASE NO.:  19-cv-356

CAMEO INVESTMENTS, LLC

And

CAMEO INVESTMENTS II, LLC

And

CAMEO FAMILY INVESTMENTS, LLC

      Defendants.

## STIPULATION OF DISMISSAL, WITH PREJUDICE

The above captioned parties have conferred and have jointly determined that Defendant Cameo Family Investments, LLC was erroneously included in this action and is not a proper Defendant potentially subject to liability in this matter.  As such, Plaintiffs do hereby stipulate and agree to the dismissal of all claims in this matter against Cameo Family Investments, LLC, with prejudice.

This matter will continue as an alleged Class and Collective Action against the remaining named Defendants, Cameo Investments, LLC and Cameo Investments II, LLC.

Respectfully submitted,

*s/ Larry A. Johnson*
Larry A. Johnson
Bar Number 1056619
Hawks Quindel, S.C.
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, Wisconsin 53201
Telephone: 414-271-8650
E-mail: ljohnson@hq-law.com

Gregg C. Greenberg
Maryland Fed. Bar No. 17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone: 301-587-9373
Email: ggreenberg@zagfirm.com

*Counsel for Plaintiffs and the Classes*


/s/ Michelle M. Stoeck
Bar Number 1034509
Phillips & Gemignani, LLC
358 W. Main Street
Waukesha, Wisconsin 53186
Telephone: 262-544-9998
Email: michelle@pglaws.com

*Counsel for Cameo Family Investments, LLC*